**Opinion issued July 13, 2023**



In The

# Court of Appeals

For The

# First District of Texas

―――――――――――

## NO. 01-23-00142-CV

―――――――――――

**BRIAN DAVID HUGHES, Appellant**

**V.**

**DANIELA HOLLAND, Appellee**

**On Appeal from the 246th District Court**
**Harris County, Texas**
**Trial Court Case No. 2013-44991**

## MEMORANDUM OPINION

Appellant, Brian David Hughes, has neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.208, 51.851(b), 51.941(a); Order, Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and

Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). On March 21, 2023, appellant was notified that this appeal was subject to dismissal if appellate costs were not paid, or indigence was not established, by April 20, 2023. *See* TEX. R. APP. P. 42.3(b), (c). Appellant did not adequately respond.

Further, appellant has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief). Appellant filed a notice of appeal from a February 21, 2023 trial court order. On March 6, 2023, the court reporter notified the Court that there was no reporter's record for this case, and on April 24, 2023, the clerk's record was filed. Accordingly, appellant's brief was due to be filed on or before May 24, 2023. *See* TEX. R. APP. P. 38.6(a). Appellant did not file an appellant's brief.

On June 6, 2023, the Clerk of this Court notified appellant that this appeal was subject to dismissal unless a brief or a motion to extend time to file a brief was filed within ten days of the notice. *See* TEX. R. APP. P. 38.8(a) (governing failure of appellant to file brief), 42.3(b) (allowing involuntary dismissal of appeal for want of prosecution), 42.3(c) (allowing involuntary dismissal of case for failure to comply with notice from Clerk of Court). Despite the notice that this appeal was subject to dismissal, appellant did not adequately respond.

Accordingly, we dismiss the appeal for nonpayment of all required fees and want of prosecution. *See* TEX. R. APP. P. 5, 42.3(b), (c), 43.2(f). All pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Guerra and Farris.